## The State of Iowa v. Clinch.

To render a defendant liable under section 2709 of the Code, for lewdness, the indictment should charge that the parties were not married to each other.

### Appeal from the Benton District Court.

#### Tuesday, June 7.

INDICTMENT FOR LEWDNESS. The indictment charges that the defendant, on the first day of August, 1858, at, &c., did lewdly and lasciviously associate and cohabit with one Elizabeth Matthews. A demurrer to the indictment, and a motion in arrest of judgment, were overruled, and judgment rendered against the defendant, from which he appeals.

*I. M. Preston*, for the appellant.

*S. A. Rice*, Attorney General, for the State.

STOCKTON, J.—The indictment in this case was materially defective, and the demurrer thereto should have been sustained. To render the defendant liable under section

2709 of the Code, for lewdly and lasciviously cohabiting with the said Elizabeth Matthews, the indictment should have charged that the parties were not married to each other.

Judgment reversed.